IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19CR3072 |
| vs. | ORDER |
| JACK EUGENE KNIGHT, | |
| Defendant. | |

Despite repeated efforts by defense counsel, Mr. Knight evidently refuses to sign the consent form that would allow him to be sentenced by video. Accordingly,

IT IS ORDERED that this matter is referred to Magistrate Judge Zwart who shall reschedule this matter, giving the United States Marshals Service at least four weeks' notice prior to sentencing.

Dated this 11th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge