IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA | ) | Case No.   4:19CR3072 |
| Plaintiff, | ) | |
| | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| Jack Knight | ) | |
| Defendant. | ) | |

Counsel for both the plaintiff and the defendant are being notified by the court on August 30, 2021 that the following exhibits held by the court in this matter will be destroyed.

Court Exhibits 1-4 from Jury Trial held on 02/24/2020

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:  August 30, 2021

BY THE COURT

*s/ Richard G. Kopf*
United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15